IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
CASE NO.: 1:11-cv-779

| | | |
|---|---|---|
| Perry Davis, | ) | |
| | ) | |
| Pro Se Plaintiff, | ) | |
| | ) | STIPULATION |
| v. | ) | OF DISMISSAL |
| | ) | |
| The Budd Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Pro Se Plaintiff, Perry Davis, and the Defendant, The Budd Group, Inc., hereby stipulate to a voluntary dismissal of this action with prejudice against the Defendant, The Budd Group, Inc. Each party shall bear their own costs.

This the 1 day of NOV, 2011.

Perry A. Davis
*Pro Se Plaintiff*
P.O. Box 5775
Concord, NC 28026

s/James G. Welsh, Jr.
N.C. State Bar No.: 24597
*Attorney for Defendant*
DAVIS & HAMRICK, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
Telephone: (336) 725-8385, ext. 119
Facsimile: (336) 723-8838
E-mail: jwelsh@davisandhamrick.com